IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Sanchez, Lizby E | Case Number:  07 B 06395 |
| | Judge:  Hollis, Pamela S |
| Printed:  5/20/08 | Filed:  4/10/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Ch 7 Conversion:  February 26, 2008
Confirmed:  June 18, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 12,000.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 8,839.70 |
| Priority: | | 0.00 |
| Administrative: | | 2,500.00 |
| Trustee Fee: | | 652.09 |
| Other Funds: | | 8.21 |
| Totals: | 12,000.00 | 12,000.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Konstantine T Sparagis | Administrative | 2,500.00 | 2,500.00 |
| 2. | Illinois Student Assistance Commission | Unsecured | 10,161.15 | 1,376.85 |
| 3. | Kmart Corp | Unsecured | 90.87 | 0.00 |
| 4. | ECast Settlement Corp | Unsecured | 13,663.81 | 1,851.49 |
| 5. | First Financial Credit Union | Unsecured | 7,257.53 | 983.41 |
| 6. | LVNV Funding | Unsecured | 3,790.35 | 513.60 |
| 7. | Capital One | Unsecured | 3,387.53 | 459.02 |
| 8. | ECast Settlement Corp | Unsecured | 12,308.77 | 1,667.86 |
| 9. | Discover Financial Services | Unsecured | 5,035.48 | 682.32 |
| 10. | LVNV Funding | Unsecured | 9,631.95 | 1,305.15 |
| 11. | HSBC | Unsecured | | No Claim Filed |
| 12. | Dell Financial Services, Inc | Unsecured | | No Claim Filed |
| 13. | Pellettieri & Associates | Unsecured | | No Claim Filed |
| 14. | Baron's Creditor Svc | Unsecured | | No Claim Filed |
| 15. | HFC | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 67,827.44 | $ 11,339.70 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 625.29 |
| 6.5% | 26.80 |
| | _____ |
| | $ 652.09 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Sanchez, Lizby E | Case Number:  07 B 06395 |
| | Judge:  Hollis, Pamela S |
| Printed:  5/20/08 | Filed:  4/10/07 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

